UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DEREK TARELL MACKROY,**

    **Plaintiff,**

    v.                                                  Case No. 6:25-cv-985-CEM-LHP

**JUDGE ANDREW BAIN,**

    **Defendant,**

                                               /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* ("Motion," Doc. 15). The United States Magistrate Judge issued a Report and Recommendation (Doc. 23), recommending that (1) the Motion be denied; (2) the Complaint be dismissed without prejudice; and (3) Plaintiff be permitted to file an amended complaint and a renewed motion to proceed *in forma pauperis*. (*Id.* at 11).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 23) is **ADOPTED** and made a part of this Order.

    2. The Motion to Proceed *In Forma Pauperis* (Doc. 15) is **DENIED**.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.

4. Plaintiff's Motion for Miscellaneous Relief, specifically to Reinstate Deadlines and Preserve Sovereign Speech (Doc. 18), and Plaintiff's Motion for Miscellaneous Relief, specifically for Status Conference or Judicial Clarification (Doc. 28), are **DENIED as moot**.

5. Plaintiff's documents, two that are titled "Admiralty Notice of Judicial Dishonor and Constructive Default" (Doc. Nos. 24 & 25) and one titled "Supplemental Judicial Misconduct Notice" (Doc. 26) are **STRICKEN** as they are not motions and are not otherwise permissible filings.

6. **On or before October 22, 2025**, Plaintiff may file an Amended Complaint and Renewed Motion to Proceed *In Forma Pauperis* that corrects the deficiencies set forth in the Report and Recommendation. Failure to do so will result in the closure of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on October 1, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party